ANDERSON *v.* GEORGIA COAST AND PIEDMONT RAILROAD COMPANY.

PER CURIAM. In view of the entire record, the court below did not err in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concur, except Gilbert, J., not presiding.*

SEPTEMBER 21, 1916.

Action for damages. Before Judge Hammond. Tattnall superior court. February 1, 1915.

*Way & Burkhalter,* for plaintiff.

*Hitch & Denmark,* for defendant.